

2008 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

4-28-2008

# Chazin v. Brooks

Precedential or Non-Precedential: Non-Precedential

Docket No. 07-1068

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2008

Recommended Citation
"Chazin v. Brooks" (2008). *2008 Decisions.* Paper 1320.
http://digitalcommons.law.villanova.edu/thirdcircuit_2008/1320

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2008 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS  FOR THE THIRD CIRCUIT
_____

No. 07-1068
_____


BARRY CHAZIN,
                                        Appellant

v.


MARILYN BROOKS; THE DISTRICT ATTORNEY OF
THE COUNTY OF PHILADELPHIA; THE ATTORNEY
GENERAL OF THE STATE OF PENNSYLVANIA

_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. No. 06-cv-02566)
District Judge: Honorable James T. Giles
_____

Argued April 16, 2008

Before:  SLOVITER, JORDAN, and ALARCÓN*, *Circuit Judges*
_____

JUDGMENT ORDER

After consideration of the briefs and oral argument in the above case, the

appeal is dismissed because appellant has failed to state a valid claim of the denial of a

constitutional right.  See Slack v. McDaniel, 529 U.S. 473 (2000).

                                        By the Court,

                                        /s/   Dolores K. Sloviter
                                        Circuit Judge

_____
    *    Honorable Arthur L. Alarcón, Senior Judge, United States Court of Appeals for the
    Ninth Circuit, sitting by designation.

Chazin v. DA Philadelphia City et al.
07-1068
Page 2


Attest:

/s/Marcia M. Waldron
Clerk


Dated: April 28, 2008
smw/cc:      Michael J. Kelly, Esq.
             Joshua S. Goldwert, Esq.